## New Castle *v.* Berger's Heirs (No. 3).

OPINION BY TREXLER, J., July 14, 1920:

For the reasons set forth in opinion this day filed in No. 64, April Term, 1920, the decree is reversed and the record remanded with directions that the lien be reinstated. Appellee for costs.